AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*March 12, 2026*

Nathan Ochsner, Clerk of Court

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| Jonathan Alaniz | ) |
| and | ) |
| Jose Valentin Ochoa | ) |
|  | ) |
| *Defendant(s)* | |

Case No. 7:26-mj-00981-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 12, 2026___ in the county of ___Starr___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 2 | Possession with the Intent to Distribute 500 grams or more of Cocaine |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by: AUSA Roberto Lopez, Jr.

/s/ Nicholas Socias
*Complainant's signature*

Nicholas Socias, FBI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 03/12/2026 at 10:22 p.m.

*Judge's signature*

City and state: ___McAllen, Texas___

U.S. Magistrate J. Scott Hacker
*Printed name and title*

**ATTACHMENT A**

On March 12, 2026, law enforcement attempted to conduct a traffic stop on a vehicle (hereinafter "VEHICLE 1") in Starr County, Texas.  After attempting to initiate the stop, law enforcement observed the driver of the vehicle throw out a black lunchbox type bag from the vehicle.

Law enforcement then observed a second vehicle (hereinafter "VEHICLE 2") stop near the location of where the bag landed.  Agents then observed the driver of VEHICLE 2 exit his vehicle, retrieve the bag, and quickly drive away in a reckless manner.

Law enforcement eventually conducted the traffic stop of VEHICLE 1 and VEHICLE 2. The driver of VEHICLE 1 was identified as Jonathan Alaniz.  The driver of VEHICLE 2 was identified as Jose Valentin Ochoa.

During a search of VEHICLE 2 law enforcement did not locate the black bag in the vehicle. However, an FBI Task Force Officer walked the area from where the driver picked up the bag to the eventual traffic stop of VEHICLE 2.  The TFO located the bag and found a bundle of a substance that field tested positive for cocaine.  The bundle weighed approximately 1 kilogram.

Agents interviewed Alaniz, who identified the black bag with the kilogram of cocaine as the bag that he threw from Vehicle 1.  Alaniz stated he obtained the kilogram of cocaine from "Yuye."  Alaniz stated after obtaining the kilogram of cocaine from "Yuye" that "Yuye" continuing following him in VEHICLE 2.  Alaniz stated he advised "Yuye" that law enforcement was behind him and that he was going to throw the cocaine from the vehicle.

Alaniz identified Ochoa as "Yuye."